BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT | CASE NO. 2:15-SW-0391 CKD<br><br>ORDER RE DESTRUCTION OF MARIJUANA |

The Court having received, read, and considered plaintiff United States of America's ex parte motion for an order authorizing the immediate and complete destruction of approximately 5,039 marijuana plants and all other marijuana plant material seized on or about July 8, 2015, pursuant to Search Warrant 2:15-SW-0391 CKD issued on July 7, 2015, with the exception of random samples of marijuana plants to be preserved for evidentiary purposes, and good cause appearing therefrom,

The Court hereby grants the motion and orders that, pursuant to 21 U.S.C. Section 881(g), law enforcement may immediately and completely destroy all marijuana seized in this case, with the exception of random samples of marijuana plants to be preserved for evidentiary purposes.

Dated: July 8, 2015

CAROLYN K. DELANEY
United States Magistrate Judge

1